

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TUAN AHN DU,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | CIVIL NO. 09-cv-03272-JW<br><br>ORDER GRANTING<br>EXTENSION OF TIME<br>TO FILE DEFENDANT'S<br>CROSS-MOTION FOR<br>SUMMARY JUDGMENT<br>**VACATING HEARING DATE AS NOTICED BY PLAINTIFF'S MOTION** |

   Upon motion by Defendant Commissioner of the Social Security Administration.

   IT IS HEREBY ORDERED that defendant shall have an additional 30 days, to and including **February 12, 2010**, within which to file an opposition or cross-motion for summary judgment.

   In addition, pursuant to Civ. L.R. 16-5, the Court VACATES Plaintiff's noticed hearing date for his Motion for Summary Judgment. (Docket Item No. 14.) According to the rule, these matters are submitted without oral argument unless otherwise ordered by the Court.

Dated: January 7, 2010

_____
JAMES WARE
United States District Judge