IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Tuan Anh Du, | NO. C 09-03272 JW |
|         Plaintiff, | **JUDGMENT** |
|   v. | |
| Michael J. Astrue, | |
|         Defendant. | |

Pursuant to the Court's December 20, 2010 Order Denying Plaintiff's Motion for Summary Judgment; Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security, against Plaintiff Tuan Anh Du.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angelina Valle angelina@valle-law.com
Armand D. Roth Armand.Roth@ssa.gov
Tom F. Weathered tweathered@covad.net

**Dated: December 20, 2010**                               **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California